

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

TRICIA NALL

CIVIL ACTION NO. 09-cv-1243

VERSUS

MICHAEL ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

DISTRICT JUDGE DEE D. DRELL
MAGISTRATE JUDGE JAMES D. KIRK

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Nall's appeal be DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 23rd day of August, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE